<u>V<small>IA</small> ECF</u>
August 21, 2025

Honorable Katherine Polk Failla
U.S. District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Cardenas v. Premium Merchant Funding One, LLC*
         Case No. 1:24-cv-08485-KPF
         Joint Letter Notice of Settlement

Dear Judge Failla:

      Plaintiff Cardenas and Defendant Premium Merchant Funding One, LLC hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

                                     Respectfully submitted,

                                       <u>*/s/ Avi R. Kaufman*</u>
                                       Avi R. Kaufman
                                       kaufman@kaufmanpa.com
                                       K<small>AUFMAN</small> P.A.
                                       237 S Dixie Hwy, Floor 4
                                       Coral Gables, FL 33133
                                       Telephone: (305) 469-5881

                                       *Attorney for Plaintiff*

                                       HOLLAND AND KNIGHT, LLP

                                       <u>*/s/ Jonathan Marmo*</u>
                                       Jonathan Marmo (NYS 4239323)
                                       1650 Market Street, Suite 3300

Philadelphia, Pennsylvania 19103
Phone 215.252.9568
Fax 215.867.6070
jonathan.marmo@hklaw.com

*Counsel for Defendants*